FILED

2020 MAR -5 A 9:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: WC  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20MJ8863 |
|---|---|
| Plaintiff, | Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Transportation of Illegal Alien (Felony) |
| v. | |
| Lauren Ashley SANCHEZ (1), Shawn Phillip LAUSTAU (2), Lara Rose ADAMS (3), | |
| Defendants. | |

The undersigned complainant being duly sworn states:

On or about March 4, 2020 within the Southern District of California, defendants, Lauren Ashley SANCHEZ, Shawn Phillip LAUSTAU, and Lara Rose ADAMS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens,

Arturo CASIANO-Reyes,

Marcos Ricardo COLLAZO-Gomez,

J. M. H. G., and

Page 1

Natalio HERNANDEZ-Santiz, had come to, entered or remained in the United States in violation of law, did transport or move, or attempted to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
WENCESLAO PARTIDA
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF MARCH, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Lauren Ashley SANCHEZ (1),
Shawn Phillip LAUSTAU (2),
Lara Rose ADAMS (3),

## STATEMENT OF FACTS

The complainant states this complaint is based upon statements in investigative reports by Border Patrol Agent (BPA) R. Mendez, that on March 4, 2020, Lauren Ashley SANCHEZ (SANCHEZ), Shawn Phillip LAUSTAU (LAUSTAU) and Lara Rose ADAMS (ADAMS), United States Citizens (USC), were arrested near Westmorland, California while transporting four undocumented aliens in violation of Title 8, United States Code, Section 1324.

On March 4, 2020, at approximately 11:00 p.m., BPA F. Aispuro was working the primary area of the Highway 86 Checkpoint. A black Cadillac Escalade approached his location at the primary inspection area. BPA Aispuro identified himself as a Border Patrol Agent and questioned the driver, later identified as SANCHEZ, as to her citizenship. SANCHEZ stated she was a United States citizen. At that moment, the front passenger, later identified as LAUSTAU, stated he was also a United States citizen.

BPA Aispuro turned his attention to the passengers in the rear seat. BPA Aispuro asked SANCHEZ if she would lower the rear window so that he could interview the rear passengers. LAUSTAU stated the window does not lower. BPA

Aispuro observed three subjects laying down in the rear cargo area. Based on his training and experience, he concluded they were being smuggled through the checkpoint.

BPA Aispuro ordered SANCHEZ to turn off the ignition and notified BPAs J. Rodriguez, A. Acosta and R. Vargas there were three subjects hiding in the rear cargo area. BPA Rodriguez opened the rear passenger door and identified himself as a Border Patrol Agent. BPA Rodriguez questioned the rear passenger, later identified ADAMS, as to her citizenship. ADAMS stated she is a United States Citizen. BPA Aispuro opened the driver side rear door and questioned the passenger, later identified as Arturo CASIANO-Reyes (CASIANO), as to his citizenship. CASIANO stated he was a citizen of Mexico and that he did not possess any immigration documents that would allow him enter or remain legally in the United States. BPAs ascertained the three rear passengers, later identified as:

Marcos Ricardo COLLAZO-Gomez (COLLAZO),

J. M. H. G., and

Natalio HERNANDEZ-Santiz (HERNANDEZ),

to be citizens of Mexico present in the United States without proper documentation to live, work, or visit. All of the subjects were placed under arrest.

SANCHEZ was read her rights per Miranda. SANCHEZ stated she understood her rights and agreed to answer questions without the presence of an attorney. SANCHEZ stated they arrived at a hotel located in El Centro, California at approximately 1:30 p.m. SANCHEZ stated approximately five minutes before she arrived at the checkpoint, the known smuggler called her and instructed her to drive slowly through the checkpoint because it was currently not operational and to instruct the illegal aliens in her vehicle to conceal themselves. SANCHEZ stated the last location she was given was a location in Thousand Palms, California, but she was originally told she was going to drop off the illegal aliens in Fontana. SANCHEZ stated she was going to make $300.00 USD per illegal alien that she smuggled.

Material Witnesses CASIANO, COLLAZO, J. M. H. G. and HERNANDEZ stated they made arrangements to be smuggled into the United States for an amount of $5,000.00 to $8,000.00 USD each.

Material Witnesses CASIANO, COLLAZO, J. M. H. G. and HERNANDEZ were each shown three six-pack photographic lineups containing photographs of the driver and passengers labeled 1A, 2B and 3C. Material Witnesses J. M. H. G. and HERNANDEZ were able to identify photograph #2 from 1A as the driver of the vehicle. Photograph #4 depicts SANCHEZ. Material Witness J. M. H. G. was

able to identify photograph #4, from 2B as the back seat passenger of the vehicle. Photograph #4 depicts ADAMS.

The complainant states the name of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Arturo CASIANO-Reyes | Mexico |
| Marcos Ricardo COLLAZO-Gomez | Mexico |
| J. M. H. G. | Mexico |
| Natalio HERNANDEZ-Santiz | Mexico |

Further, complainant states that the Material Witnesses are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.